**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
JUN 12 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | SEALED |
| v. | Case No. |
| DOUGLAS RAY LOLLIS, JR., | CR24-092 RAW |
| *Defendant*. | |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### FELON IN POSSESSION OF FIREARM
[18 U.S.C. §§ 922(g)(1) & 924(a)(8)]

On or about December 22, 2022, in the Eastern District of Oklahoma, the defendant, **DOUGLAS RAY LOLLIS, JR.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing of such conviction, did knowingly possess in and affecting commerce, the following firearm, to wit: one (1) 9x19mm Sarsilmaz model SAR 9 pistol bearing serial number T1102-20BV54088, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

### FALSE STATEMENT DURING THE ACQUISITION OF A FIREARM
[18 U.S.C. §§ 922(a)(6) and 924(a)(2)]

On or about March 8, 2023, in the Eastern District of Oklahoma, the defendant, **DOUGLAS RAY LOLLIS, JR.**, in connection with the attempted acquisition of the following

firearm, to-wit: one (1) 9x19mm Sarsilmaz model SAR 9 pistol bearing serial number T1102-20BV54088, from Checotah Firearms, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Checotah Firearms, which statement was intended and likely to deceive Checotah Firearms, as to a fact material to the lawfulness of such sale of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives form 4473, Firearms Transaction Record, stating: that he had not been convicted in any court of a felony or any other crime for which the judge could have imprisoned him for more than one year, when in fact he had been convicted of a felony crime punishable by imprisonment for a term exceeding one year, and knew of such conviction; and that he had not been convicted in any court of a misdemeanor crime of domestic violence, when in fact he had been convicted of a misdemeanor crime of domestic violence, and knew of such conviction; all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION
[18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One and Two of this Indictment involving violations of Title 18, United States Code, Sections 922(g)(1), 922(a)(6), 924(a)(2), and 924(a)(8), the defendant, **DOUGLAS RAY LOLLIS, JR.**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but

not limited to: one (1) 9x19mm Sarsilmaz model SAR 9 pistol bearing serial number T1102-20BV54088.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*Edith L. Singer*
EDITH A. SINGER, OBA #19439
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY